IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00177-ZLW

ANDRE J. TWITTY,

    Applicant,

v.

R. WILEY,

    Respondent.

F I L E D
UNITED STATES DISTRICT COURT
DENVER COLORADO

JUL 10 2006

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    This matter is before the Court on the motion to reconsider Applicant Andre J. Twitty submitted to and filed with the Court on July 6, 2006. On May 3, 2006, the Court entered an Amended Order and Judgment of Dismissal. On May 5, 2006, Mr. Twitty submitted to and filed with the Court a motion to reconsider. On May 25, 2006, Mr. Twitty appealed from the amended dismissal order and judgment. On May 26, 2006, the Court denied Mr. Twitty's motion to reconsider submitted to and filed with the Court on May 5. Since this case is now on appeal, the Court lacks jurisdiction to rule on the July 6 motion to reconsider. The motion to reconsider filed on July 6 will not be considered and, therefore, is DENIED.

Dated: July 10, 2006

Copies of this Minute Order mailed on July 10, 2006, to the following:

Andre Twitty
Reg. No. 18558-018
ADX – Florence
PO Box 8500
Florence, CO 81226

                                                Secretary/Deputy Clerk