IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00177-ZLW

ANDRE J. TWITTY,

    Applicant,

v.

R. WILEY,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 29 2006

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

This matter is before the Court on the motions that Applicant Andre J. Twitty submitted to and filed with the Court on November 24, 2006. On May 3, 2006, the Court entered an Amended Order and Judgment of Dismissal. On May 5, 2006, Mr. Twitty submitted to and filed with the Court a motion to reconsider. On May 25, 2006, Mr. Twitty appealed from the amended dismissal order and judgment. On May 26, 2006, the Court denied Mr. Twitty's motion to reconsider submitted to and filed with the Court on May 5. On July 17, 2006, the United States Court of Appeals for the Tenth Circuit affirmed the denial of Mr. Twitty's habeas corpus application. Therefore, the motions filed on November 24 are DENIED as moot. This case is closed. The clerk of the Court is directed to strike any future correspondence or motions that Mr. Twitty may file in this case.

Dated: November 29, 2006

Copies of this Minute Order mailed on November 29, 2006, to the following:

Andre Twitty
Reg. No. 18558-018
ADX – Florence
PO Box 8500
Florence, CO 81226

_____
Secretary/Deputy Clerk